# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00784-CV

**Sandra Lee Herrera, Bobby Martinez, and Michelle Castro Barrera, Appellants**

**v.**

**Joe Mynar, as Executor of The Estate of Alvin Mynar, Deceased; and Martha McCaslin, as Assisting Executor of The Estate of Alvin Mynar, Deceased, Appellees**

### FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
### NO. 23-0-061, THE HONORABLE CHRIS SCHNEIDER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to dismiss this appeal, representing that the parties have settled their dispute. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

Karin Crump, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed on Appellants' Motion

Filed:  July 18, 2025